**E-FILED**
Thursday, 16 May, 2013  09:06:06 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
### Urbana Division

| | |
|---|---|
| **DEBRA K. DILBECK,** | |
| **Plaintiff,** | |
| v. | Case No. 11-2008 |
| **CAROLYN W. COLVIN, ACTING COMMISSIONEROF SOCIAL SECURITY,** | |
| **Defendant.** | |

## ORDER

The Court **GRANTS** the Commissioner's Motion for Entry of Judgment **(#17)** in this case and hereby directs the clerk to enter judgment pursuant to Federal Rule of Civil Procedure 58, affirming the decision of the Commissioner on remand that, as of a date certain, Plaintiff met the disability requirements under Sections 216(i) and 223 of the Social Security Act (42 U.S.C. §§ 416(i), 423).  This case is terminated.

ENTERED this 16th day of May, 2013.

s/DAVID G. BERNTHAL
UNITED STATES MAGISTRATE JUDGE